UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| The Twin City Floor Covering Industry Pension Fund, and the Twin City Floor Covering Industry Fringe Benefit Trust Fund, and their Trustees,<br><br> Plaintiffs,<br><br>vs.<br><br>Todd Hammer d/b/a MTD Commercial Floor Covering,<br><br> Defendant. | Civil File No. 10-cv-551 PAM/RLE<br><br><br><br>**ORDER FOR DISMISSAL** |

This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated: July 19, 2010     BY THE COURT:

                s/Paul A. Magnuson
               The Honorable Paul A. Magnuson
               United States District Court Judge